IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ALVAREZ,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT KERNAN and SCOTT FRAUENHEIM,<br><br>　　　　　　　　Defendants. | Case No. 1:17-cv-00609-DAD-EPG (PC)<br><br>ORDER SETTING DEADLINE FOR PLAINTIFF TO MOVE FOR DEFAULT AND FILE MOTION FOR DEFAULT JUDGMENT |

On October 13, 2017, Defendants filed a "stipulation for first extension of time for Defendants to file response to complaint." (ECF No. 15). Under this stipulation, Defendants had until November 20, 2017, to respond to the complaint. (Id.).

On November 9, 2017, Defendants filed a request for an extension of time to respond to the complaint. (ECF No. 17). "Defendants request[ed] that their responsive pleading be due on or before December 11, 2017." (Id. at 1). The Court granted this request and gave Defendants until December 11, 2017, to file their responsive pleading(s). (ECF No. 20).

The deadline has passed, and Defendants did not file a responsive pleading. Therefore, the Court will give Plaintiff thirty days from the date of service of this order to move for default and file a motion for default judgment (see Fed. R. Civ. P. 55) if he so chooses.

\\\

1

Accordingly, based on the foregoing, IT IS ORDERED that Plaintiff has thirty days from the date of service of this order to move for default and file a motion for default judgment if he so chooses.[1]

IT IS SO ORDERED.

Dated: **December 12, 2017**    /s/ Eric P. Groj
UNITED STATES MAGISTRATE JUDGE

---

[1] If Defendants file their answers prior to this time, the Court will consider such answers in determining if a default judgment is proper.