IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ALVAREZ,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT KERNAN and SCOTT FRAUENHEIM,<br><br>　　　　　　　　　　　　Defendants. | Case No. 1:17-cv-00609-DAD-EPG (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE A NOTICE OF CHANGE OF ADDRESS OR A NOTICE THAT HIS ADDRESS HAS NOT CHANGED<br><br>21 DAY DEADLINE |

On November 9, 2017, Defendants filed a request for an extension of time to respond to the complaint. (ECF No. 17). In that request, Defendants' counsel states that he was informed that Plaintiff was taken into custody by Immigrations and Customs Enforcement ("ICE") on October 10, 2017. (Id. at 3). While a Notice of Change of Address for Plaintiff was docketed on October 13, 2017 (ECF No. 16), it is dated October 8, 2017 (two days before Plaintiff was allegedly taken into custody by ICE). Plaintiff's address in that notice does not appear to be an address for ICE custoday.

Therefore, the Court will require Plaintiff to file a Notice of Change of Address or file a notice that his address has not changed.

Accordingly, IT IS ORDERED THAT:

1. Plaintiff has twenty-one days from the date of service of this order to file a Notice of

1

Change of Address or file a notice that his address has not changed; and

2. Failure to comply with this order may result in dismissal of this case for failure to comply with a court order and failure to comply with Local Rule 182(f).

IT IS SO ORDERED.

Dated: **January 2, 2018**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE